## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION


JESSIE LEE BOWENS                                                              PLAINTIFF

V.                                                                          NO. 3:14CV00040-JMV

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT


### FINAL JUDGMENT

This cause is before the court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g)

for judicial review of an unfavorable final decision of the Commissioner of the Social Security

Administration regarding his applications for a period of disability and disability insurance

benefits and supplemental security income.  The parties have consented to entry of final

judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with

any appeal to the Court of Appeals for the Fifth Circuit.  The court, having reviewed the record,

the administrative transcript, the briefs of the parties, and the applicable law and having heard

oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record at the conclusion of the parties' oral

argument during a hearing held in this matter on October 22, 2014, the court finds there was no

reversible error, and the Commissioner's decision is supported by substantial evidence in the

record.  Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 22nd day of October, 2014.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE